UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                19 CR 338 (BMC)

COREY FLAUM,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## GOVERNMENT'S SEVENTH UNOPPOSED MOTION TO CONTINUE THE DEFENDANT'S SENTENCING HEARING

The United States of America respectfully submits this Seventh Unopposed Motion to Continue the Defendant's Sentencing Hearing and states as follows:

1. On July 25, 2019, the defendant pled guilty, pursuant to a plea agreement, to an information charging one count of attempted price manipulation in violation of 7 U.S.C. § 13(a)(2).

2. The defendant is not in custody and was released on his own personal recognizance with conditions pending sentencing.

3. Sentencing in this matter is currently scheduled for December 1, 2022.

4. The defendant has been cooperating with the Government and, in July 2022, testified as a witness for the Government at trial in *United States v. Smith*, 19 CR 669 (N.D. Ill.).

5. Two defendants in the *Smith* case were convicted and their sentencings are scheduled for February 22 and 24, 2023.

6. The Government respectfully requests that the sentencing hearing for the defendant in this case be continued until after the sentencings occur in the *Smith* case. Specifically, the government has conferred with counsel for the defendant regarding potential sentencing dates and respectfully requests that the sentencing date for the defendant be scheduled for April 19 or 20, 2023 (assuming such dates are amenable to the Court's schedule).

7. The Government also respectfully requests that the Court refer this case for a presentence report.

8. The undersigned has conferred with counsel for the defendant. The defendant has no objection to the requested relief.

For the foregoing reasons, the government respectfully requests that the Court grant this Seventh Unopposed Motion to Continue the Defendant's Sentencing Hearing and (i) schedule the sentencing in this case for April 19 or 20, 2023, and (ii) refer this case for a presentence report.

Dated: November 9, 2022

                                              Respectfully submitted,

                                              GLENN S. LEON
                                              Chief, Fraud Section
                                              Criminal Division
                                              U.S. Department of Justice

By:   /s/*Matthew F. Sullivan*
            Matthew F. Sullivan
            Trial Attorney
            Fraud Section, Criminal Division
            U.S. Department of Justice
            1400 New York Avenue NW
            Washington, DC 20011
            (202) 578-6583
            matthew.sullivan2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

By:  /s/*Matthew F. Sullivan*
     Matthew F. Sullivan